NO. SCWC-30138

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Petitioner/Plaintiff-Appellee

vs.

JOHN C. VEIKOSO, Respondent/Defendant-Appellant

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CR. NO. 09-1-0194)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Acoba, J., for the court[1])

The Application for Writ of Certiorari filed on May 2, 2011 by Petitioner/Plaintiff-Appellee State of Hawaiʻi is accepted and will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, June 3, 2011.

FOR THE COURT:

/s/ Simeon R. Acoba, Jr.

Associate Justice



James M. Anderson, Deputy
Prosecuting Attorney,
City and County of Honolulu,
on the application, for
petitioner/plaintiff-appellee.

---

[1]     Considered by Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.